UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| KIRK CARLSON, | * | CIV. 08-4101 |
| Plaintiff, | * | |
| -vs- | * | ORDER FOR SERVICE |
| DOUGLAS WEBER;<br>JULIE SPURRELL, Clinical Supervisor;<br>DR. E. REGIER; | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

It having been determined that the plaintiff herein may proceed in forma pauperis in this action brought under 42 U.S.C. § 1983,

Now, therefore,

IT IS ORDERED:

1. That the United States Marshal serve a copy of the summons, complaint, order for filing in forma pauperis, the supplement to the complaint (Docs. 1, 6, 13), and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

2. That plaintiff shall serve upon defendants, or, if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court. He shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a true and correct

copy of any document was mailed to defendants or their counsel.  Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Dated this 30th day of October, 2008.

                                      BY THE COURT:

                                      s/John E. Simko

                                      _____
                                      John E. Simko
                                      United States Magistrate Judge